UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH & SECURITY TRUST OF WESTERN WASHINGTON, CARPENTERS RETIREMENT TRUST, CARPENTERS-EMPLOYERS VACATION TRUST, CARPENTERS-EMPLOYERS APPRENTICESHIP & TRAINING TRUST, AND PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPETNERS, ) ) ) ) ) ) ) ) ) | Case No. MC 10-176-MJP **ORDER** |
| Plaintiffs, ) | |
| v. ) | |
| CHRISTIAN CONSTRUCTION, INC., a Washington corporation, ) ) ) | |
| Defendant. ) | |

THIS MATTER IS before the Court upon the Report and Certification of Magistrate Judge Brian A. Tsuchida.  Having considered the entirety of the records and file herein, the Court finds and rules as follows:

1.  The Court adopts the Report and Certification.

2.  Respondent shall personally appear on Monday, March 14, 2011 at 11:00 a.m. at the United States Courthouse, Courtroom 14206, 700 Stewart Street, Seattle, WA 98101 to show cause why he should not be held in contempt by reason of the facts certified

ORDER - 1

by Magistrate Judge Brian A. Tsuchida.

3.   The United States Marshal shall personally serve this Order on the defendant and the Clerk shall send this Order to the defendant by regular and certified mail at his last known address,  9 Lake Bellevue Drive, Suite 118, Bellevue, WA 98005.

**IT IS SO ORDERED.**

DATED this 22nd day of February, 2011.


Marsha J. Pechman
United States District Judge

ORDER - 2